1  Philip M. Black (SBN 308619)
2  Matthew Insley-Pruitt (*Pro Hac Vice* application forthcoming)
   Justyn Millamena (*Pro Hac Vice* application forthcoming)
3  **WOLF POPPER LLP**
   845 Third Avenue
4  New York, NY 10022
   Telephone: (212) 759-4600
5  Email: pblack@wolfpopper.com
6         minsley-pruitt@wolfpopper.com
          jmillamena@wolfpopper.com
7
   *Attorneys for Plaintiff Movant Noah Hermann*
8  *and the Putative Class*
   *(additional counsel on signature page)*
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH HERMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN VELUZ-NEPOMUCENO, PERCIVAL ONG, MIDNIGHT HUB, AND ROOMS.TV,<br><br>Defendants. | No.: 3:24-cv-7704-JD<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME FOR PLAINTIFF TO SERVE SUMMONS AND COMPLAINT**<br><br>Dept.: Courtroom 11, 19th Floor (San Francisco)<br>Judge: Hon. James Donato |

[No.: 3:24-cv-7704-JD] [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME FOR PLAINTIFF TO SERVE SUMMONS AND COMPLAINT

1  Pursuant to Civil Local Rule 6-3 and Federal Rules of Civil Procedure 4(m) and 6(b)(1)(A),
2  Plaintiff Noah Hermann moves for an enlargement of time to serve all Defendants and requests an
3  extension of 60 days beyond the 90-day period set forth in Rule 4(m), until April 4, 2025, to
4  complete service on these Defendants.
5  Having considered Plaintiff Noah Hermann's Motion to Enlarge Time for Plaintiff to Serve
6  Defendants and the Declaration in support thereof, and good cause appearing, IT IS HEREBY
7  ORDERED THAT Plaintiff's motion is GRANTED.  Plaintiff has demonstrated good cause for the
8  requested enlargement under Fed. R. Civ. 4(m) and 6(b)(1).  The deadline for service of process is
9  extended to April 4, 2025.

11  **IT IS SO ORDERED.**

13  Dated: _____, 2025        _____
14                                              HON. JAMES DONATO
                                                UNITED STATES DISTRICT JUDGE