# Exhibit 1

Civil Action No. 3:24-cv-07704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brian Veluz-Nepomuceno was received by me on *(date)* 11/08/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* "John Doe" who refused to give name , a person of suitable age and discretion who resides there, on *(date)* Tue, Nov 19 2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 12//5/2024

*Server's signature*

Mahesh Bhagat

*Printed name and title*

507 Polk St Suite 320,, San Francisco, CA 94102

*Server's address*

Additional information regarding attempted service, etc.:
1) Attempt: Nov 19, 2024, 8:44 pm EST at 1031 Cherry Avenue Unit 44, San Bruno, CA 94066 received by "John Doe" who refused to give name. Age: 56; Ethnicity: Filipino; Gender: Male; Weight: 150; Height: 5'5"; Hair: Black; Relationship: Father in Law of Brian Veluz-Nepomuceno;

Civil Action No. 3:24-cv-07704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Percival Ong was received by me on *(date)* 11/08/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* "John Doe" who refused to give name , a person of suitable age and discretion who resides there, on *(date)* Tue, Nov 19 2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 12/5/2024

_____
*Server's signature*

Mahesh Bhagat
_____
*Printed name and title*

507 Polk St Suite 320,, San Francisco, CA 94102
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Attempt: Nov 19, 2024, 8:44 pm EST at 1031 Cherry Avenue Unit 44, San Bruno, CA 94066 received by "John Doe" who refused to give name. Age: 56; Ethnicity: Filipino; Gender: Male; Weight: 150; Height: 5'5"; Hair: Black; Relationship: Co-Resident

Civil Action No. 3:24-cv-07704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Midnight Hub</u> was received by me on *(date)* <u>11/08/2024</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>"John Doe" who refused to give name</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Midnight Hub</u> on *(date)* <u>Tue, Nov 19 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 12/5/2024

*Server's signature*

Mahesh Bhagat

*Printed name and title*

507 Polk St Suite 320,, San Francisco, CA 94102

*Server's address*

Additional information regarding attempted service, etc.:
1) Attempt: Nov 19, 2024, 8:44 pm EST at 1031 Cherry Avenue Unit 44, San Bruno, CA 94066 received by "John Doe" who refused to give name. Age: 56; Ethnicity: Filipino; Gender: Male; Weight: 150; Height: 5'5"; Hair: Black

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-07704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rooms.tv</u> was received by me on *(date)* <u>11/08/2024</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>"John Doe" who refused to give name</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rooms.tv</u> on *(date)* <u>Tue, Nov 19 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 12/5/2024

_____
Server's signature

Mahesh Bhagat
_____
*Printed name and title*

507 Polk St Suite 320,, San Francisco, CA 94102
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Attempt: Nov 19, 2024, 8:44 pm EST at 1031 Cherry Avenue Unit 44, San Bruno, CA 94066 received by "John Doe" who refused to give name. Age: 56; Ethnicity: Filipino; Gender: Male; Weight: 150; Height: 5'5"; Hair: Black;